IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| Natasha D. Webster, an individual, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | )   Case No. CIV-22-124-RAW |
| | ) |
| Yocham Trucking, Inc., an Oklahoma Corporation; and Donnie Ray Holmes, an individual, | ) |
| | ) |
| Defendants. | ) |

## JUDGMENT

In accordance with the Order entered contemporaneously herewith and pursuant to Rule 58 of the Federal Rules of Civil Procedure, the court hereby enters this judgment remanding this cause to the District Court of Wagoner County.

**SO ORDERED THIS 17th DAY OF MAY, 2022.**

_____
HONORABLE RONALD A. WHITE
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF OKLAHOMA